UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMYN BICKHAM, AMANDA BAILEY, AND LISA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REPROSOURCE FERTILITY DIAGNOSTICS, INC.<br><br>Defendant. | ) No: 1:21-cv-11879-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs, by and through undersigned counsel, move the Court, pursuant to Fed.R.Civ.P. 6(b), to extend the current deadline to file a motion for preliminary approval of settlement. Specifically, Plaintiffs request that the deadline of December 11, 2023, set by this Court on November 13, 2023, be extended to January 10, 2024. The Parties are cooperating to finalize the settlement agreement and the accompanying documents but need additional time to complete this process. The requested additional extension is therefore necessary to finalize and complete the elements of the preliminary approval filing, including the settlement agreement its exhibits. Defendant does not oppose the relief sought herein.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

Undersigned counsel certify that they have conferred with Defendant's counsel in a good faith effort to resolve or narrow the issues raised by this Motion with the following result:

Defendant's counsel indicated that Defendant does not oppose the relief requested by this Motion.

Date: December 11, 2023               Respectfully submitted,

*/s/ David Pastor*
David Pastor (BBO #391000)
**PASTOR LAW OFFICE PC**
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
T: (617) 742-9700
dpastor@pastorlawoffice.com

Nicholas A. Migliaccio (*admitted pro hac vice*)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, 3rd Floor
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730
nmigliaccio@classlawdc.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 11, 2023.

*/s/ David Pastor*
David Pastor