UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMYN BICKHAM, AMANDA BAILEY, AND LISA GORDON, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>REPROSOURCE FERTILITY DIAGNOSTICS, INC.<br><br>          Defendant. | No: 1:21-cv-11879-GAO |

**PLAINTIFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARD**

1

Pursuant to this Court's February 15, 2024 Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Providing Notice ("Preliminary Approval Order"),[1] and pursuant to Fed. R. Civ. P. 23(h) and 54(d)(2), Plaintiffs Jasmyn Bickham, Amanda Bailey, and Lisa Gordon (collectively, "Plaintiffs"), by and through their undersigned counsel of record, hereby move for an award of attorneys' fees in the sum of $416,666.67, reimbursement of costs and expenses in the sum of $16,229.31 and a Service Award of $2,500 to each of the Class Representative Plaintiffs.

The grounds for this Motion are set forth in the accompanying memorandum of law. This Motion is also supported by the Declarations of Nicholas A. Migliaccio, David Pastor, George Haines, and Michael Kind, submitted contemporaneously herewith.

Defendant takes no position on the relief requested by this Motion.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), Plaintiffs' counsel conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion with the following result: counsel for Defendant indicated that Defendant takes no position on the relief requested by this Motion.

---

[1] The Preliminary Approval Order provides that Plaintiffs' Motion for Attorneys' Fees, Expenses and Service Awards is to be filed, "No later than 14 days prior to Opt-out/Objection Deadline," or May 6, 2024.

Dated:   May 6, 2024                    Respectfully submitted,

         */s/ David Pastor*
         David Pastor (BBO #391000)
         **PASTOR LAW OFFICE PC**
         63 Atlantic Avenue, 3rd Floor
         Boston, MA 02110
         T: (617) 742-9700
         dpastor@pastorlawoffice.com

         Nicholas A. Migliaccio
         Jason S. Rathod
         **MIGLIACCIO & RATHOD LLP**
         412 H. St. NE, Suite 302
         Washington, DC 20002
         T: (202) 470-3520
         nmigliaccio@classlawdc.com
         jrathod@classlawdc.com

         George Haines
         Geraldo Avalos
         **FREEDOM LAW FIRM**
         8985 S. Eastern Ave., Suite 350
         Las Vegas, NV 89123
         T: (702) 880-5554
         ghaines@freedomlegalteam.com
         gavalos@freedomlegalteam.com

         Michael Kind
         **KIND LAW**
         8860 S. Maryland Pkwy, Suite 106
         Las Vegas, NY 89123
         T: (702) 337-2322
         mk@kindlaw.com

         *Proposed Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and

paper copies will be sent to those indicated as non-registered participants on May 6, 2024.


                                        */s/ David Pastor*_____
                                        David Pastor