UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMYN BICKHAM, AMANDA BAILEY, AND LISA GORDON, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>REPROSOURCE FERTILITY DIAGNOSTICS, INC.<br><br>Defendant. | Case No. 1:21-cv-11879-GAO |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Jasmyn Bickham, Lisa Gordon, and Amanda Bailey, by and through their undersigned counsel of record, hereby move for an order granting final approval to the proposed Settlement, granting final certification of the Class, and dismissing the Action pending before this Court. Defendant does not oppose the relief sought by this motion.

A proposed Order Granting Final Approval to Class Action Settlement and a Final Judgment are submitted herewith as Exhibits A and B, respectively. This Motion is supported by the accompanying memorandum of law and the declarations of Nicholas A. Migliaccio and Patrick M. Passarella, submitted contemporaneously herewith.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

Undersigned counsel certify that they have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion, with the following result: Defendant does not oppose the relief sought by this Motion.

2 | P a g e

Dated: July 5, 2024

Respectfully submitted,

*/s/ David Pastor*
David Pastor (BBO # 391000)
PASTOR LAW OFFICE, PC
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: 617-742-9700
Facsimile: 617-742-9701
dpastor@pastorlawoffice.com

Nicholas Migliaccio (admitted *pro hac vice*)
Mark Patronella (admitted *pro hac vice*)
MIGLIACCIO & RATHOD, LLP
412 H Street, NE, Suite 302
Washington, DC 20002
202.470.3520
nmigliaccio@classlawdc.com
mpatronella@classlawdc.com

*Counsel for Plaintiffs and the Class*

3 | P a g e

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on July 5, 2024.

*/s/ David Pastor*
David Pastor