UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMYN BICKHAM, AMANDA BAILEY, and LISA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REPROSOURCE FERTILITY DIAGNOSTICS, INC.,<br><br>Defendant. | Civil Action No.<br>21-cv-11879-GAO |

**REPORT AND RECOMMENDATION
ON FINAL SETTLEMENT APPROVAL**

**LEVENSON, U.S.M.J.**

On February 15, 2024, having considered the parties' settlement agreement, Judge O'Toole granted Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* Docket No. 71. Plaintiffs subsequently filed an Unopposed Motion for Final Approval of Class Action Settlement (Docket No. 79) and a Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award (Docket No. 73). Judge O'Toole referred both motions to me for report and recommendation pursuant to Fed. R. Civ. P. 72(b). *See* Docket Nos. 82, 85. I held a hearing on the motions (the "Settlement Final Approval Hearing") on July 17, 2024. Docket No. 86.

During the Settlement Final Approval Hearing, counsel for Plaintiffs confirmed that nothing has occurred since Judge O'Toole granted preliminary approval of the parties' settlement agreement that should alter his previous determination that the settlement is "sufficiently fair, reasonable and adequate." *See* Docket No. 71, at 2 (granting preliminary approval). Although

approximately 224,125 individuals received notice of the settlement, no objections have been filed. Docket No. 80, at 16. I therefore recommend that Judge O'Toole grant Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement in the form of the attached Order Granting Final Approval of Class Action Settlement and Final Judgment.

I further recommend that Judge O'Toole grant Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award. Defendant confirmed during the Settlement Final Approval Hearing that it takes no position with respect to that motion. An award of attorneys' fees in the amount of $416,666.67, which sum represents 33.33% of the Settlement Fund, and reimbursement of costs and expenses in the amount of $16,229.31 appears to be fair and reasonable.

## CONCLUSION

I recommend that the Court grant Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement [Docket No. 79] and Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award [Docket No. 73].

I further recommend that the Court enter Orders, in the forms attached, namely: Order Granting Final Approval of Class Action Settlement; and Final Judgment.[1]

/s/ Paul G. Levenson<br>
United States Magistrate Judge

Date: July 17, 2024

---

[1] The parties are hereby advised that under the provisions of Federal Rule of Civil Procedure 72(b), any party who objects to this recommendation must file specific written objections thereto with the Clerk of this Court within fourteen days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. *See Keating v. Sec'y of Health & Hum. Servs.*, 848 F.2d 271 (1st Cir. 1988); *United States v. Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378–79 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).